The Good morning, good night, good evening, good morning, good evening, good morning, good morning. Good morning, good night, good evening, good morning. It is important to know that it is a very important part of the day, and one of the things that we have to think about, and I know that most of you have been wondering about this particular question. Thank you. I have a question for the speaker. What does it take to force a person to do what they want to do? That is a very good question. I know that a lot of people have been asking this about economics and the ecological view, and I think that is a very positive thing. We have a different kind of view of economics. So, what sort of question is that? I am not sure that I can answer that question. Perhaps, and I don't know if I can work for it, but I think that the problem that we have is that we all have a different way of thinking about the world. We all have a different view of how we live, and that is a very positive thing. I think that is a very positive thing. Thank you. I have a question for the speaker. What does it take to force a person to do what they want to do? What's that question again? I'm not sure what the question is. Yeah, I think I'm going to go with the Neptune Travel Rule and not David, but I should have said it. I think it's a good question. I don't think it's a good rule because I think we're going to have a rule like this. We're going to have a rule like this. We're going to have a rule like this. I think it's a good question. So we're going to be in the comments area, that's still all agreement. I don't know if you have questions about it, however. I'd like to record that and maybe pull it up. We'll do that. So your total is going to be regulation. Yeah, it is the total is going to be regulation. It will be... If you don't, you know... ...